**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    TOMMY J. NICHOLS,                              No. C 13-4234 WHA (PR)

10                    Petitioner,                   **ORDER OF TRANSFER**

11      v.

12   WARDEN,                                        (Dkt. 2)

13                    Respondent.
                                             /
14

15          In this habeas case petitioner seeks to challenge a conviction and sentence incurred in

16   the Superior Court of Stanislaus County.  Stanislaus County is in the venue of the United States

17   District Court for the Eastern District of California.

18          Venue for a habeas action is proper in either the district of confinement or the district of

19   conviction, 28 U.S.C. 2241(d); however, petitions challenging a conviction are preferably heard

20   in the district of conviction.  Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266

21   (N.D. Cal. 1968).  Because petitioner was convicted in Eastern District, this case is

22   **TRANSFERRED** to the United States District Court for the Eastern District of California.  *See* 28

23   U.S.C. § 1406(a);  Habeas L.R. 2254-3(b).  Ruling on the request to proceed in forma pauperis

24   will be deferred to the Eastern District.

25          The clerk shall transfer this matter forthwith.

26          **IT IS SO ORDERED.**

27   Dated: September __24__, 2013.

28                                                  WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE